No. 259.  KENNEDY BOOK STORE, INC. *v.* DEPARTMENT OF REVENUE ET AL.  Ct. App. Ky.  Certiorari denied.

No. 260.  GRANGER *v.* RICHARDSON, SECRETARY OF HEALTH, EDUCATION, AND WELFARE.  C. A. 7th Cir.  Certiorari denied.

No. 263.  BRISTOL-MYERS Co. *v.* FEDERAL TRADE COMMISSION ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 264.  BERKAW ET AL. *v.* MAYFLOWER CONGREGATIONAL CHURCH.  Ct. App. Mich.  Certiorari denied.

No. 266.  S. S. SILBERBLATT, INC., ET AL. *v.* RENEGOTIATION BOARD.  C. A. 2d Cir.  Certiorari denied.

No. 271.  WILLIAMS *v.* INTERNATIONAL TYPOGRAPHICAL UNION, AFL–CIO, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 272.  CALARCO *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 273.  PORTH *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 274.  PARROTT ET AL. *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 278.  SINGLETON PACKING CORP. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 5th Cir.  Certiorari denied.

No. 279.  UNITED TRANSPORTATION UNION *v.* CLINCHFIELD RAILROAD Co.  C. A. 6th Cir.  Certiorari denied.